Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Tyson Griffin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>TYSON GRIFFIN,<br><br>           Defendant. | Case No. 2:24-CR-00069-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Troy L. Nunley. |

**STIPULATION**

1. By previous order this case was set for status on July 25, 2024.

2. By this stipulation, the defendant asks to move the status until September 12, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Defense counsel requires additional time to review discovery, confer with her client and investigate.

    (b) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    (c) The government does not object to the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the

1. original date prescribed by the Speedy Trial Act.

2. 5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 25, 2024 through September 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: June 10, 2024.   Respectfully submitted,

By   /s/ Emily Sauvageau
Emily Sauvageau
ASSISTANT UNITED STATES ATTORNEY

Dated: June 10, 2024.

By   /s/ Kresta Daly
Kresta Daly
Attorney for Tyson Griffin

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of July 25, 2024 is vacated. The status conference will be reset for September 12, 2024. The Court finds excludable time through September 12, 2024 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
Troy L. Nunley
United States District Judge

- 3 -
STIPULATION AND ORDER                                    [Case No. 2:24-CR-00069-TLN]