The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STAES OF AMERICA<br><br>V.<br><br>Tyson Griffen | Case Number: 24-0069 TLN<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF BAIL HEARING**<br><br>DATE: DECEMBER 16, 2024<br>TIME: 2 PM<br>DEPT: SCR |
|---|---|

Defendant, Tyson Griffen by and through its counsel of record, and Plaintiff, by and through Plaintiff's counsel of record, hereby stipulate as follows:

1. Defendant has set a bail hearing for December 16, 2024 at 2 pm in front of the Hon. Sean C. Riorden;

2. By this stipulation, defendant now moves to continue the Bail Hearing until January 13, 2025 at 2 pm before the Hon. Carolyn K. Delaney.

1

3. Defendant makes this request due to the inability to contact potential sureties and the logistics of conducting an interview with a defendant in a remote jail in time for a December 16, 2024 hearing.

4. Counsel for Defendant has notified AUSA Emily Sauvageau and Pretrial Officer Lorena Gallagher of this continuance. Both indicated that they had no objection to a continuance on that date and time.

IT IS SO STIPULATED.

Dated: December 12, 2024

PHILLIP A. TALBERT
United States Attorney

/s/EMILY SAUVAGEAU
EMILY SAUVAGEAU
Assistant United States Attorney


/s/OLAF W. HEDBERG
Olaf W. Hedberg
Counsel for Defendant
TYSON GRIFFEN

[~~PROPOSED~~] ORDER

It is so found and ordered this 12th day of December, 2024.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE