The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>    v.<br><br>TYSON GRIFFIN, | Case Number: 2:24-cr-0069 TLN<br><br>**STIPULATION AND ORDER**<br><br>**DATE: January 30, 2025**<br>**TIME: 9:30 AM**<br>**DEPT: TLN** |

Defendant, Tyson Griffin by and through its counsel of record, and Plaintiff, by and through Plaintiff's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 30, 2025.

2. By this stipulation, defendant now moves to continue the status conference until April 10, 2025, at 9:30 a.m., and to exclude time between January 30, 2025, and April 10, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) The government has represented that the discovery associated with this case includes investigative reports and audio/video recordings.

(b) All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c) Counsel for defendant was appointed on October 8, 2024 and desires additional time to review discovery for this matter, consult with his client, review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2025 to April 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 27, 2025

                                            /s/EMILY SAUVAGEAU
                                            EMILY SAUVAGEAU
                                            Assistant United States Attorney

                                            /s/ OLAF W. HEDBERG
                                            Olaf W. Hedberg
                                            Counsel for Defendant
                                            TYSON GRIFFIN

**IT IS SO ORDERED**.

Dated: January 27, 2025

_____
Troy L. Nunley
Chief United States District Judge